**In The**
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00137-CV**
**IN THE INTEREST OF J.C., J.C., AND J.C.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 22-11-15814-CV**

## MEMORANDUM OPINION

On May 5, 2023, Appellant D.C. filed a notice of appeal regarding the trial court's denial of her motion to dismiss a child protection suit. After D.C. filed her appeal, the Court's Clerk sent D.C. a notice informing her that it did not appear she was attempting to bring an appeal from a judgment or from an appealable order. We asked D.C. to identify the statute or rule authorizing her appeal. Even though D.C. filed responses to the Court's letter, her responses fail to identify a final judgment or

a written order from which an appeal is authorized by law.[1] Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

     APPEAL DISMISSED.

                                  PER CURIAM

Submitted on June 28, 2023
Opinion Delivered June 29, 2023

Before Golemon, C.J., Horton and Johnson, JJ.

---

[1] D.C. referred the Court to "H.B. 567." Assuming she refers to House Bill 567 of the 87th Legislature, the Legislature amended several sections of the Family Code but did not add a right to immediate appeal of a trial court's oral denial of a motion to dismiss a child protection case. *See generally* Act of April 28, 2021, 87th Leg., R.S., §§ 1-16.

2